<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6634**

BILLY G. ASEMANI,

      Petitioner - Appellant,

    v.

MAHMOOD AHMADINEJAD, (Former Head of the Iranian
Revolutionary Guard Corps in Tehran); GHOLAM-NEZI NAQDI,
Brigadier General (Former Senior Tehran Police Official);
ALI KHAMENEI, (The "Supreme" Leader of the Islamic
Revolution),

      Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:10-cv-00874-RDB)

Submitted:  July 22, 2010    Decided:  August 3, 2010

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Billy G. Asemani, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy G. Asemani appeals the district court's order dismissing his action under the Alien Torts Statute, 28 U.S.C. § 1350 (2006) and the Torture Victim Protection Act, P.L. 102-256, 106 Stat. 73. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Asemani v. Ahmadinejad, No. 1:10-cv-00874-RDB (D. Md. Apr. 20, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED